469 A.2d 310

Commonwealth v. Steelman, Appellant.
Petition for Allowance of Appeal
Denied April 17, 1984.

Submitted July 27, 1983.

Robert F. Pappano, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.